CITY BANK TRUST COMPANY, as Trustee under Mortgage Executed by IROQUOIS UTILITIES, INC., Respondent, v. IROQUOIS UTILITIES, INC., and Others, Defend-

† Affd., 252 N. Y. 531.      ‡ Revd., 252 N. Y. 141.

ants. CHARLES C. JONES, as Trustee, etc., Appellant.— Judgment, so far as appealed from, affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.